IN RE GORAYA

No. 462P96

Case below: 124 N.C. App. 228

Petition by respondents for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.

KELLY v. OTTE

No. 422P96

Case below: 123 N.C. App. 585

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.

MALINOWSKI v. GUM AND HILLIER

No. 478P96

Case below: 124 N.C. App. 230

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.

PULLIAM v. SMITH

No. 499PA96

Case below: 124 N.C. App. 144

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 December 1996. Petition by plaintiff for writ of supersedeas allowed and motion for temporary stay dismissed as moot 5 December 1996.

SEUFERT v. SEVEN LAKES DEVELOPMENT CO.

No. 346PA96

Case below: 123 N.C. App. 161

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 December 1996.